UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE BARBERAN,

                Plaintiff,

Case No. 07-CV-8821 (CLB) (MDF)

**NOTICE OF APPEARANCE**

    -against-

WORLD SAVINGS BANK, FSB, a/k/a WORLD
SAVINGS BANK, FSB, A FEDERAL SAVINGS
BANK, ISAOA; UNKNOWN OWNERS OF
THE EVIDENCE OF THE DEBT and/or OWNERS
OF THE NOTE,

                Defendants.

-----------------------------------------------------------------X
WORLD SAVINGS BANK, FSB,

                Defendant
                and Third-Party Plaintiff

    -against-

MONARCH MORTGAGE SERVICES, LLC
and ADAM C. KANDELL

                Third-Party Defendants

-----------------------------------------------------------------X

      Third-Party Defendant, ADAM C. KANDELL, through his attorneys KAUFMAN BORGEEST & RYAN LLP, hereby appear in the above-entitled action.

670722-1

Dated: New York, New York
January 30, 2008

Yours, etc.,

KAUFMAN BORGEEST & RYAN LLP

By: /s/
A. Michael Furman
Attorneys for Third-Party Defendant
ADAM C. KANDELL
99 Park Avenue, 19th Floor
New York, New York 10019
Telephone No.: (212) 980-9600
Facsimile: (212) 980-9261
E-Mail:MFurman@kbrlaw.com
Our File No. 210.043

TO: Jose Barberan
*Plaintiff Pro Se*
72 N. State Road Box 103
Briarcliff Manor, New York 10510
Telephone No.: (914) 432-3059

Michael Belitsis
Donohue, McGahan & Catalano
Attorney for Defendant,
*World Savings Bank, FSB*
555 North Broadway
Jericho, New York 11753
Telephone No.: (516) 681-3100
Fax No.: (516) 681-5357
E-Mail: mbelitsis@jericholaw.com

John P. Foudy
Rosner, Nocera & Ragone, LLP
Attorney for Third-Party Plaintiff,
*World Savings Bank, FSB*
110 Wall Street, 23rd Floor
New York, New York 10005
Telephone No.: (212) 635-2244
E-Mail: jfoudy@rnrlawgroup.com

670722-1

John A. Nocera
Rosner, Nocera & Ragone, LLP
Attorney for Third-Party Plaintiff,
*World Savings Bank, FSB*
110 Wall Street, 23rd Floor
New York, New York 10005
Telephone No.: (212) 635-2244
E-Mail: jfoudy@rnrlawgroup.com

670722-1