## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: **NOTICE OF APPEARANCE** was served via regular mail on the 30th day of January 2008 upon:

Jose Barberan
*Plaintiff Pro Se*
72 N. State Road Box 103
Briarcliff Manor, New York 10510
Telephone No.: (914) 432-3059

Michael Belitsis
Donohue, McGahan & Catalano
Attorney for Defendant,
*World Savings Bank, FSB*
555 North Broadway
Jericho, New York 11753
Telephone No.: (516) 681-3100
Fax No.: (516) 681-5357
E-Mail: mbelitsis@jericholaw.com

John P. Foudy
Rosner, Nocera & Ragone, LLP
Attorney for Third-Party Plaintiff,
*World Savings Bank, FSB*
110 Wall Street, 23rd Floor
New York, New York 10005
Telephone No.: (212) 635-2244
E-Mail: jfoudy@rnrlawgroup.com

John A. Nocera
Rosner, Nocera & Ragone, LLP
Attorney for Third-Party Plaintiff,
*World Savings Bank, FSB*
110 Wall Street, 23rd Floor
New York, New York 10005
Telephone No.: (212) 635-2244
E-Mail: jfoudy@rnrlawgroup.com

_____
A. MICHAEL FURMAN