## MENICUCCI · VILLA & ASSOCIATES PLLC
ATTORNEYS AND COUNSELLORS AT LAW
2040 VICTORY BOULEVARD
STATEN ISLAND, NEW YORK 10314
(718) 667-9090
FAX - LITIGATION DEPT. (718) 697-2798
E-MAIL: RRosenzweig@menicuccivilla.com

Michael M. Menicucci
Mark A. Villa

Richard A. Rosenzweig**
Maria A. Mirra
Romina V. Spinnickie*
Louis P. Lepore ***

Vincent J. Martinelli*
Jack A. Serpico****
Of Counsel

In New Jersey:
260 Route 34 South
Matawan, N.J. 07747
(732) 566-8743

*Also Admitted in NJ
**Also Admitted in Conn.
*** Also admitted in FL & NJ
**** New Jersey only

**MEMO ENDORSED**

January 24, 2008

VIA FEDERAL EXPRESS:
U.S. District Court
Southern District of New York
Hon. Charles L. Brieant
300 Quarropas Street, Room 275
White Plains, NY 10601

Re:   Jose Barberan v. World Savings
      World Savings vs. Monarch Mortgage Services
      Case No. 07-CV-8821

Dear Judge Brieant:

We represent third party defendant Monarch Mortgage Services LLC. We have just been retained and are requesting until February 20, 2008 to respond to the third party complaint. We have obtained the consent of the third party plaintiff. As the plaintiff is "pro se" we are not filing electronically.

Very truly yours,

Richard A. Rosenzweig, Esq.
RAR/nq
cc:   (by mail)
      Monarch Mortgage Services LLC
      Jose Barberan
      Clerk of the Court
      John Foudy, Esq.
      Michael Belitis, Esq.

\\server\shared\nquartuccio\Files\Antonelli\Monarch mtg. 3rd party\Judge.Brieant.01.24.08.ltr.doc

*[Handwritten endorsement in left margin: Application Granted. SO ORDERED. Charles L. Brieant, USDJ. January 29, 2008]*