# DrinkerBiddle&Reath
LLP

Law Offices

500 Campus Drive
Florham Park, NJ
07932-1047

973-360-1100 phone
973-360-9831 fax
www.drinkerbiddle.com

A Delaware Limited
Liability Partnership

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

Helen E. Tuttle
973-549-7263
Helen.Tuttle@dbr.com

January 30, 2008

<u>Via Facsimile Only - (914-390-4085)</u>

The Honorable Charles L. Brieant
Unites States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

*[Handwritten:] Discovery to be Completed 4-11-08. Final conference now scheduled for 4/11/08 9:30. Feb 29, 2008 conference is cancelled. So Ordered, Jan 30, Charles L. Brieant USDJ*

*07 Civ. 6501 (CLB)*

Re:    Battaglia v. Lowe's Home Centers, Inc.
        Index No. 3270/2007

Dear Judge Brieant:

This firm represents Defendant Lowe's Home Centers, Inc. ("Lowe's") in the above referenced matter. Please accept this joint request for an extension of the discovery end.

Pursuant to the Court's Civil Case Discovery Plan and Scheduling Order, the discovery end date is January 31, 2008. The parties have worked diligently to complete written and document discovery, and plan to complete this phase of discovery by the end of the week. However, the parties still require additional time to conduct depositions of Plaintiff and Defendant's witnesses (one of whom is located in North Carolina and the other in Tennessee). Based on the foregoing, the parties require additional time to complete discovery and, therefore, jointly request a 60-day extension of the discovery end date. The parties propose a new discovery end date of March 31, 2008.

Please advise if this request has been granted. Thank you.

Respectfully,

*[Signature]*
Helen E. Tuttle

Edward A. Gromigna, Jr.
Partner responsible for
Florham Park Office

Established 1849

HET/ada

cc:    David S. Halsband, Esq. (via facsimile only)