Bisant, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE BARBERAN,

       Plaintiff,

Case No. 07-CV-8821 (CLB) (MDF)

**STIPULATION** ; ORDER

-against-

WORLD SAVINGS BANK, FSB, a/k/a WORLD
SAVINGS BANK, FSB, A FEDERAL SAVINGS
BANK, ISAOA; UNKNOWN OWNERS OF
THE EVIDENCE OF THE DEBT and/or OWNERS
OF THE NOTE,

       Defendants.
------------------------------------------------------------X
WORLD SAVINGS BANK, FSB,

       Defendant
       and Third-Party Plaintiff

-against-

MONARCH MORTGAGE SERVICES, LLC
and ADAM C. KANDELL

       Third-Party Defendants
------------------------------------------------------------X

  **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties herein that the time for Third-Party Defendant ADAM C. KANDELL to respond to Third-Party Plaintiff's Complaint in this action is hereby extended up to and including February 25, 2008.

  A response to the Third-Party Complaint was originally due on January 28, 2008.

  There have been no previous requests for such an adjournment.

670722-1

**IT IS FURTHER STIPULATED AND AGREED** that fax signatures will be deemed originals for the purpose of this stipulation.

Dated: New York, New York
January 25, 2008

**KAUFMAN BORGEEST & RYAN LLP**

BY: _____
A. Michael Furman, Esq.
Andrew S. Kowlowitz, Esq.
Attorneys for Third-Party
Defendant, Adam C. Kandell
99 Park Avenue, 19th Floor
New York, New York 10016
New York, New York 10016
Tel: (212) 980-9600
Fax: (212) 980-9291
KBR File No.: 210.043

**ROSNER NOCERA & RAGONE, LLP**

BY: _____
John P. Foudy
Attorney for Third-Party Plaintiff
World Savings Bank, FSB
110 Wall Street-23rd Floor
New York, New York 10005
Tel: (212) 635-2244

**SO ORDERED:**

_____
U.S.D.J.

dated: January 31, 2008

670722-1