**MARK D. FOX**
United States Magistrate Judge
Southern District of New York

Jose Barberan
72 N. State Road, # 103
Briarcliff Manor, NY 10510
(914) 432-3059

April 3, 2008

Honorable Mark D. Fox
United States District Court
300 Quarropas St.
White Plains, New York 10601



RECEIVED
IN CHAMBERS
0 1 2008
MARK D. FOX
USMJ SDNY

    Re:    Barberan v. World Savings Bank FSB
            Civil Case No. 07CV08821-CLB-MDF

Dear Judge Fox:

    On March 25, 2008, a hearing was held regarding my motion to amend my complaint and add parties. The court's order was that the defendant would reply by April 1, 2008 and then I was to respond to their reply by April 7, 2008.

    As of today, Thursday, April 3rd, 2008, I have not received a reply from the attorney for World Savings Bank.

    My response to their reply is due on Monday, April 7th, 2008 and the hearing was continued until 9:15 a.m. April 8th, 2008.

    Pursuant to Individual Rules because I have not yet received the defendants' reply, I am writing to request an extension of time of seven (7) days up to and including April 14th 2008 to respond to Defendant World Savings Bank's reply to my motion to amend complaint and add parties.

    In addition, I request that the hearing currently scheduled for 9:15 a.m., April 8th, 2008 be continued for the same number of days.

                        Very truly yours,

                        *Jose Barberan* (signature)
                        Jose Barberan

*[Handwritten annotations in margins:]* Application granted. Resp: April 14, 2008 at 1:15 PM. New hearing set for April 25, 2008 at 1:15 PM (at White Plains). 4/4/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

cc:

Michael Belitsis
Donohue, McGahan & Catalano
Attorney for Defendant,
*World Savings Bank, FSB*
555 North Broadway
Jericho, NY 11753

Richard Adam Rosenzweig
Menicucci, Villa and Associates, PLLC
Attorney for Defendant,
*Monarch Mortgage Services, LLC*
2040 Victory Boulevard
Staten Island, NY 10314

Andrew Seth Kowlowitz
Kaufman, Borgeest & Ryan, LLP (NYC)
Attorney for Defendant,
*Adam C. Kandell*
99 Park Avenue  New York, NY 10016

John P. Foudy
Rosner, Nocera & Ragone, L.L.P.
Attorney for Third Party Plaintiff,
*World Savings Bank, FSB*
110 Wall Street, 23rd Floor
New York, NY 10005

John A. Nocera
Rosner, Nocera & Ragone, L.L.P.
Attorney for Third Party Plaintiff,
*World Savings Bank, FSB*
110 Wall Street, 23rd Floor
New York, NY 10005