UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Jose Barbera

                          Plaintiff,

            -against-                        07 CIVIL 8821 ( )

World Savings Bank
et al.
                        Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Andrew S. Kowlowitz__

☐ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __4131710__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: __Kaufman Borgeest + Ryan LLP__

    To: __Furman Kornfeld + Brennan LLP__

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:* __545 Fifth Ave, Suite 401 NY, NY 10017__
☐ *Telephone Number:* __212-867-4100__
☐ *Fax Number:* __212-867-4148__
☐ *E-Mail Address:* __AKowlowitz@FKBLLP.com__

Dated: 6-20-08