Jose Barberan
72 N. State Road, # 103
Briarcliff Manor, NY 10510
(914) 432-3059

August 18, 2008

**MEMO ENDORSED**

Honorable Judge Cathy Seibel.
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: Request Documents be made available for viewing online
Barberan v. World Savings Bank FSB
Civil Case No. 07CV08821-CLB-MDF

Dear Judge Seibel:

The purpose of this letter is to request that all documents in this case be made available for viewing on line. This is my second request.

On June 18, 2008, I mailed this same request to Judge Fox, however, to date, have not received a reply. Some recent documents seem to have been made available, but not every document.

Previously, I made several calls including to the clerks at the White Plains Courthouse and also the NYC courthouse regarding this matter and both informed me that I would need to write to the judge handling my case and request to have all documents be made available for viewing, being that I am a pro se litigant. Due to the distance to the courthouse, costs and time restraints, it is a hardship drive to the courthouse to look up documents manually due to costs, and time constraints.

I respectfully request the courts cooperation in this matter.

Very truly yours,

_Jose Barberan_
Jose Barberan

cc: list on attached page

*This case will become an ECF case from this date forward. Previously filed documents will not be available on ECF. Plaintiff's time to file Objections is enlarged to September 19, 2008. So Ordered*

8/29/08 · *Cathy Seibel* USDJ

Michael Belitsis
Donohue, McGahan & Catalano
Attorney for Defendant,
*World Savings Bank, FSB*
555 North Broadway
Jericho, NY 11753

Richard Adam Rosenzweig
Menicucci, Villa and Associates, PLLC
Attorney for Defendant,
*Monarch Mortgage Services, LLC*
2040 Victory Boulevard
Staten Island, NY 10314

Andrew Seth Kowlowitz
Furman Kornfeld & Brennan, LLP
Attorney for Defendant,
*Adam C. Kandell*
545 Fifth Avenue, Suite 401
New York, NY 10017

John P. Foudy
Rosner, Nocera & Ragone, L.L.P.
Attorney for Third Party Plaintiff,
*World Savings Bank, FSB*
110 Wall Street, 23rd Floor
New York, NY 10005

John A. Nocera
Rosner, Nocera & Ragone, L.L.P.
Attorney for Third Party Plaintiff,
*World Savings Bank, FSB*
110 Wall Street, 23rd Floor
New York, NY 10005

Jose Barberan
72 N. State Road, Box 103
Briarcliff Manor, NY 10510
(914) 432-3059

**MEMO ENDORSED**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE BARBERAN, ) | Case No.: 07-cv-08821 CLB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WORLD SAVINGS BANK, FSB, a/k/a ) | |
| WORLD SAVINGS BANK, FSB, A FEDERAL ) | |
| SAVINGS BANK, ISAOA;  et al ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SECOND MOTION FOR ENLARGEMENT OF TIME OF 30 DAYS TO RESPOND TO REPORT AND RECOMMENDATION SIGNED JULY 1, 2008**

### CERTIFICATION

Plaintiff hereby affirms that I attempted to confer with opposing counsel regarding this motion; however, was unable to reach them before this motion was mailed.

### MOTION

Plaintiff hereby moves an for a second enlargement of time of 30 days to respond The Report and Recommendation denying leave to amend my complaint signed on July 1, 2008 by Judge Mark D. Fox. U.S. Magistrate Judge.

1

This is Plaintiff's second request for enlargement of time. The response is due on August 20, 2008. Plaintiff request an enlargement of time of 30 days up to and including September 20, 2008.

This extension of time is required because Magistrate Fox has written a 6-page report and recommendation containing several very technical and detailed points of law. On June 18, 2008 I wrote requesting all document be made available for viewing online, however I have not received a response. A few document seem to have been available, but many still are not. This has impaired my ability to prepare my response to the Report and Recommendations timely. I am over the age of 65, and have no formal education in law. I will need several days to research and fully respond to each and every one of his points in order to preserve my rights on appeal, should that become necessary.

## CONCLUSION

Plaintiff's Motion should be granted in order to prevent an injustice.

Dated /9 /August/2008

_Jose Barberan_
Jose Barberan, Plaintiff
72 N. State Road, Box 103
Briarcliff Manor, NY 10510
(914)432-3059

cc:  The Honorable Judge Cathy Seibel.
United States Courthouse
300 Quarropas Street
White Plains, New York   10601

Mark D. Fox, U.S. Magistrate Judge
c/o Courtroom Deputy Ed. Modugno
United States Courthouse
300 Quarropas Street
White Plains, New York   10601

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the date last written below I served a true and correct copy of the foregoing to the following parties by U.S. first class mail:

Michael Belitsis
Donohue, McGahan & Catalano
Attorney for Defendant,
*World Savings Bank, FSB*
555 North Broadway
Jericho, NY 11753

Richard Adam Rosenzweig
Menicucci, Villa and Associates, PLLC
Attorney for Defendant,
*Monarch Mortgage Services, LLC*
2040 Victory Boulevard
Staten Island, NY 10314

Andrew Seth Kowlowitz
Furman Kornfeld & Brennan, LLP
Attorney for Defendant,
*Adam C. Kandell*
545 Fifth Avenue, Suite 401, New York, NY 10017

John P. Foudy
Rosner, Nocera & Ragone, L.L.P.
Attorney for Third Party Plaintiff,
*World Savings Bank, FSB*
110 Wall Street, 23rd Floor
New York, NY 10005

John A. Nocera
Rosner, Nocera & Ragone, L.L.P.
Attorney for Third Party Plaintiff,
*World Savings Bank, FSB*
110 Wall Street, 23rd Floor
New York, NY 10005

Dated /19/ /August/ 2008    /s/ _____